UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:25-mj-112 |
| Plaintiff, | AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT |
| v. | |
| LEONEL TORREZ-URRUTIA, | |
| Defendant. | |

STATE OF SOUTH DAKOTA   )
                        :ss
COUNTY OF MINNEHAHA     )

I, Brian Goulart, Special Agent with Homeland Security Investigations (HSI), and currently assigned to the Sioux Falls, South Dakota Resident Agent in Charge (RAC) Office, being duly sworn, states as follows:

1.     I have been a Special Agent (SA) with HSI since September 2018.

2.     During my law enforcement career, I have been involved in investigations of persons involved in violations of federal law relating to 18 U.S.C. § 1546(b), Fraud and Misuse of Visas, Permits, and Other Documents in violation of federal law. One of my responsibilities is to conduct criminal investigations relating to violations of the Immigration and Nationality Act that regulates an alien's right to enter, reenter, pass through, and/or reside and work permanently in the United States.

3.     The information set forth below is based upon my knowledge and the knowledge of other law enforcement officers as it relates to a federal crime previously committed. I have not included every fact obtained pursuant to this

investigation but have set forth those facts that I believe are essential to establish the necessary probable cause for the criminal complaint.

4.      I respectfully submit that there is probable cause to believe Leonel TORREZ-Urrutia has violated 18 U.S.C. § 1546(b)(1), Fraud and Misuse of Visas, Permits, and Other Documents, in that, TORREZ-Urrutia utilized the biographical information of Joshua Efrian Soto Torres to obtain employment with a company in Madison, South Dakota.

5.      On February 7, 2025, I reviewed original Form I-9, Employment Eligibility Verification, and copies of the supporting documents provided by a company located in Madison, South Dakota. During the review, I reviewed a Form I-9 for an individual using the name Joshua Efrain Soto Torres and attesting that the individual filling out the form is a United States citizen, which is signed and dated December 9, 2022. A review of the supporting documents identified follows:

- Name: Joshua Efrain Soto Torres
- Year of Birth: 1988
- California Identification Card number: Ending in 234
- Social Security Number: Ending in 4366

6.      Law enforcement databases reveal that California Identification Card number ending in 234 is not issued to Joshua Efrain Soto Torres and is not a valid card number. I subsequently determined the California Identification Card number ending in 234 provided by the company is a copy of a fraudulent identification card.

7.      On May 9, 2025, the Honorable Veronica L. Duffy issued a search warrant for the company located in Madison, South Dakota, to search for

2

evidence of use of fraudulent documents and persons using fraudulent documents for employment, to include their biometric information.

8.    On May 13, 2025, HSI executed the search warrant for the company located in Madison, South Dakota. During the execution of the search warrant, HSI encountered the individual working under the name Joshua Efrain Soto Torres, who admitted his real name is Leonel TORREZ-Urrutia.

9.    At HSI Sioux Falls, South Dakota, TORREZ-Urrutia's biographical and biometric information was submitted to law enforcement databases which confirmed TORREZ-Urrutia's identity and confirmed TORREZ-Urrutia is a citizen and national of Nicaragua.

10.    On May 13, 2025, I physically compared TORREZ-Urrutia to the photograph on the California Identification Card number ending in 234 provided by the company. I subsequently determined the California Identification Card number ending in 234 contains a photograph of TORREZ-Urrutia.

CONCLUSION

11.    I submit that there is probable cause to believe that Leonel TORREZ-Urrutia committed a violation of 18 U.S.C. § 1546(b)(1), Fraud and Misuse of Visas, Permits, and Other Documents, in that, TORREZ-Urrutia, provided a fraudulent identification document, namely a fraudulent California identification card ending in 234, for the purpose of satisfying a requirement of the employment verification system.

Wherefore, I request the issuance of a criminal complaint for the arrest of TORREZ-Urrutia.

3

Dated this __14th__ day of May, 2025.

Brian Goulart, Special Agent
Homeland Security Investigations

Sworn to and subscribed to before me this __14th__ day of May, 2025, at

Sioux Falls, South Dakota.

VERONICA DUFFY
United States Magistrate Judge

4